**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**MARGARET CRUMPTON,**
**On Her Own Behalf**
**And Others Similarly Situated,**

      **Plaintiff,**

**v.**                                 **CASE NO.:  2:09-cv-680-FtM-29DNF**

**SUNSET CLUB PROPERTIES, LLC.,**
**A Foreign Limited Liability Company, and**
**GARRY OAKES, an Individual**

      **Defendants.**
_____/

**JOINT PRETRIAL STATEMENT**

Pursuant to Fed.R.Civ.P.26(a)(3), Plaintiff and Defendants,  hereby submit their Joint Pretrial Statement.

**1.  SHORT CONCISE STATEMENT OF THE CASE BY EACH PARTY**

**A.  Plaintiff's Statement of the Case**

Plaintiff contends she worked in excess of forty (40) hours weekly for Defendants and was not paid overtime wages in violation of the Fair Labor Standards Act.

**B.  Defendants' Statement of the Case**

Defendant contends that it is not a covered employer under the FLSA.  Defendant also contends that Plaintiff was an independent contractor and not an employee.   Defendant states that Plaintiff did not work hours in excess of 40 in a workweek (assuming FLSA coverage) and that Plaintiff was properly compensated.

1

**2.  The Basis of Federal Jurisdiction**

This Court has original jurisdiction over the federal law FLSA claim under 29 U.S.C. Section1331 (civil actions under the Constitution, laws and treaties of the United States). Thus, the Court has "jurisdiction" to hear the instant matter. This is an action to recover alleged money damages for unpaid overtime pursuant to the FLSA, 29 U.S.C. § 216.

**3.  Pleadings Raising the Issues**

    A.  Amended Complaint.

    B.  Answer.

**4.  A List of All Undisposed Motions or Other Matters Requiring Action by the Court**

Defendants' Motion for Summary Judgment

**5.  Concise Statement of Uncontested Facts Which Will Require No Proof at Trial**

Neither Plaintiff nor Defendant formally tracked any hours worked.   No withholdings or other deductions were made from Plaintiff's check.  No other facts are agreed upon at this time.

**6.   Issues of Fact Which Require Proof at Trial**

    A.  That Defendant is an employer covered by FLSA.

    B.  Whether Plaintiff was an employee or independent contractor.

    C.  The method and amount of Plaintiff's compensation.

    D.  Whether Defendants acted in good faith.

    E.  Whether Defendant Oakes is individually liable.

    F.  Assuming she was an employee, whether Plaintiff was employed by Sunset Club Properties, LLC.

G.  Assuming Plaintiff is an employee, whether her duties made her exempt from overtime under the administrative exemption.

H.  Whether Plaintiff worked in excess of 40 hours in any week without compensation as required by law and, if so, whether she was compensated for the hours worked in excess of 40 hours per week at a rate not less than 1.5 times the minimum required.

I.  Whether Defendants were engaged in interstate commerce.

J.  Whether Defendant(s) actions were in good faith.

K.  Whether Defendant(s) had reason to believe that their actions were not a violation of FSLA.

**7.  Concise Statement of Issues of Law on Which There is Agreement**

None.

**8.  Issues of Law Remaining for Determination by the Court**

A.  FLSA coverage.

B.  Liquidated Damages.

C.  Whether Plaintiff complied with her duty to present sufficient evidence to make a reasonable and just inference of the number of hours.

D.  Whether Defendants, or any of them, are liable for unpaid overtime compensation.

E.  Whether Defendants, or any of them, are liable for liquidated damages.

F.   Whether Plaintiff has maintained her burden of proving that she has performed work forwhich she was not adequately compensated.

**9.  Trial Exhibits**

    A.  Plaintiff's Exhibit List(s) is attached.

    B.  Defendants' Exhibit List(s) is attached.

## 10.  Trial Witnesses

    A.  Plaintiff's Trial Witness List(s) is attached.

    B.  Defendants' Trial Witness List(s) is attached.

## 11.  Estimated Trial Time

The parties estimated that this will be a 1-2 day jury trial.

## 12.  Estimate of Attorneys' Fees

    A.  Plaintiff is not represented by counsel.

    B.  Defendants are not seeking recovery of fees under a fee shifting statute.

However, Defendant reserves the right to seek fees under 28 U.S.C. 1927.

Date: February ___, 2011.

_____

Florida Bar No. 0134694
JASON L. GUNTER, P.A.
Attorney for Defendants
1625 Hendry Street, Suite 103
Fort Myers, FL 33901
Telephone: 239-334-7017
Facsimile: 239-334-6662
Email:  jason@gunterfirm.com

_____

Margaret Crumpton
Plaintiff (Pro Se)
~~5214 Stratford Ct.~~ MMC
~~Cape Coral, FL 33904~~

413 NE Van Loon Lane
#126
Cape Coral, Fl
33909

4